UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ,<br><br>      *Plaintiff*,<br>v.<br><br>TR ADVOCATES, LLC, *a California Limited Liability Company*, **and GEORGE NUNEZ**<br><br>      *Defendants.* | §<br>§<br>§<br>§<br>§<br>§    EP-22-CV-00009-DCG<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE

Before the Court is Plaintiff Erik Salaiz's "Motion to Dismiss with Prejudice" (ECF No. 6), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Erik Salaiz in this action against Defendants TR Advocates, LLC and George Nunez are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 10th day of February 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE